# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:20−mc−00023−EGS

FEDERAL TRADE COMMISSION et al v. QUINCY BIOSCIENCE HOLDING COMPANY, INC. et al
Assigned to: Judge Emmet G. Sullivan
Case in other court:  S.D.N.Y., 17cv124
Cause: Motion to Compel

Date Filed: 04/10/2020
Date Terminated: 08/13/2020
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Non−Party Respondent**

| | | |
|---|---|---|
| **GEORGETOWN ECONOMIC SERVICES, LLC** | represented by | **Bezalel Stern**<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour<br>3050 K Street, NW<br>Suite 400<br>Washington, DC 20007<br>(202) 342−8422<br>Fax: (202) 342−8451<br>Email: bstern@kelleydrye.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Geoffrey White Castello , III**<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>27th Floor<br>New York, NY 10016<br>212−808−7800<br>Fax: 212−808−7897<br>Email: gcastello@kelleydrye.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Glenn Timothy Graham**<br>KELLY DRYE & WARREN, LLP<br>One Jefferson Road<br>2nd Floor<br>Parsippany, NJ 07054<br>973−503−5900<br>Fax: 973−503−5950<br>Email: ggraham@kelleydrye.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jaclyn Marie Metzinger**<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>101 Park Avenue<br>New York, NY 10178<br>212−808−7843 |

Email: jmetzinger@kelleydrye.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**FEDERAL TRADE COMMISSION**  represented by  **Edward Glennon**
FEDERAL TRADE COMMISION
600 Pennsylvania Ave., NW
Suite Cc–10528
Washington, DC 20580
202–569–1669
Email: eglennon@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES**

V.

**Respondent**

**QUINCY BIOSCIENCE HOLDING COMPANY, INC.**  represented by  **Bezalel Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey White Castello , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Timothy Graham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jaclyn Marie Metzinger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Respondent**

**QUINCY BIOSCIENCE, LLC**  represented by  **Bezalel Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey White Castello , III**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Timothy Graham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jaclyn Marie Metzinger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Respondent**

**PREVAGEN, INC.**  represented by  **Bezalel Stern**
*doing business as*                    (See above for address)
SUGAR RIVER SUPPLEMENTS          *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*

**Geoffrey White Castello , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Timothy Graham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jaclyn Marie Metzinger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Respondent**

**QUINCY BIOSCIENCE**  represented by  **Bezalel Stern**
**MANUFACTURING, LLC,**              (See above for address)
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*

**Geoffrey White Castello , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Timothy Graham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jaclyn Marie Metzinger
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Respondent**

**MARK UNDERWOOD**
*individually and as an officer of QUINCY*
*BIOSCIENCE HOLDING COMPANY, INC.,*
*QUINCY BIOSCIENCE, LLC, and PREVAGEN,*
*INC*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2020 | Ï 1 | MOTION to Compel Production of Documents (Filing fee $ 0.00) filed by FEDERAL TRADE COMMISSION. (Attachments: # 1 Declaration of Michelle Rusk, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(jf) (Entered: 04/13/2020) |
| 04/13/2020 | Ï 2 | CERTIFICATE OF SERVICE by FEDERAL TRADE COMMISSION re 1 Motion to Compel . (Glennon, Edward) (Entered: 04/13/2020) |
| 04/23/2020 | Ï 3 | MOTION for Extension of Time to File Response/Reply *to Motion to Compel* by GEORGETOWN ECONOMIC SERVICES, LLC, QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Attachments: # 1 Text of Proposed Order)(Stern, Bezalel) (Entered: 04/23/2020) |
| 04/24/2020 | Ï | MINUTE ORDER granting 3 MOTION for Extension of Time to File Response/Reply to Motion to Compel. GES shall file its Opposition to the Motion to Compel by no later than May 11, 2020, and the FTC shall file its Reply by no later than May 18, 2020. Signed by Judge Emmet G. Sullivan on 4/24/2020. (lcegs2) (Entered: 04/24/2020) |
| 04/27/2020 | Ï | Set/Reset Deadlines: GES Opposition To The Motion To Compel due by 5/11/2020. FTC Reply due by 5/18/2020. (mac) (Entered: 04/27/2020) |
| 05/11/2020 | Ï 4 | RESPONSE(OPPOSITION) re 1 Motion to Compel filed by FEDERAL TRADE COMMISSION by GEORGETOWN ECONOMIC SERVICES, LLC. (Attachments: # 1 Declaration of Glenn T. Graham, # 2 Exhibit A: FTC's First Set of Document Requests, # 3 Exhibit B: Subpoena Issued December 11, 2019, # 4 Exhibit C: GES's Objections to Subpoena, # 5 Declaration of John Villafranco)(Stern, Bezalel) (Entered: 05/11/2020) |
| 05/12/2020 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jaclyn M. Metzinger, Filing fee $ 100, receipt number ADCDC–7117645. Fee Status: Fee Paid. by GEORGETOWN ECONOMIC SERVICES, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Attachments: # 1 Declaration of Jaclyn M. Metzinger)(Stern, Bezalel) (Entered: 05/12/2020) |
| 05/12/2020 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Geoffrey W. Castello, Filing fee $ 100, receipt number ADCDC–7117707. Fee Status: Fee Paid. by GEORGETOWN ECONOMIC SERVICES, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Attachments: # 1 Declaration of Geoffrey W. Castello)(Stern, Bezalel) (Entered: 05/12/2020) |
| 05/12/2020 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Glenn T. Graham, Filing fee $ 100, receipt number ADCDC–7117776. Fee Status: Fee Paid. by GEORGETOWN ECONOMIC SERVICES, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE HOLDING COMPANY, INC., |

| | | |
|---|---|---|
| | | QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Attachments: # 1 Declaration of Glenn T. Graham)(Stern, Bezalel) (Entered: 05/12/2020) |
| 05/13/2020 | Ï | MINUTE ORDER granting 5 MOTION for Leave to Appear Pro Hac Vice. Attorney Jaclyn M. Metzinger is hereby admitted pro hac vice in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**. Signed by Judge Emmet G. Sullivan on 5/13/2020. (lcegs2) (Entered: 05/13/2020) |
| 05/13/2020 | Ï | MINUTE ORDER granting 6 MOTION for Leave to Appear Pro Hac Vice. Attorney Geoffrey W. Castello is hereby admitted pro hac vice in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions** Signed by Judge Emmet G. Sullivan on 5/13/2020. (lcegs2) (Entered: 05/13/2020) |
| 05/13/2020 | Ï | MINUTE ORDER granting 7 MOTION for Leave to Appear Pro Hac Vice. Attorney Glenn T. Graham is hereby admitted pro hac vice in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions** Signed by Judge Emmet G. Sullivan on 5/13/2020. (lcegs2) (Entered: 05/13/2020) |
| 05/14/2020 | Ï 8 | Unopposed MOTION for Extension of Time to File Response/Reply *to Opposition to Motion to Compel* by FEDERAL TRADE COMMISSION (Attachments: # 1 Text of Proposed Order)(Glennon, Edward) (Entered: 05/14/2020) |
| 05/18/2020 | Ï | MINUTE ORDER granting 8 Unopposed MOTION for Extension of Time to File Response/Reply. The FTC shall file its Response/Reply by no later than May 22, 2020. Signed by Judge Emmet G. Sullivan on 5/18/2020. (lcegs2) (Entered: 05/18/2020) |
| 05/19/2020 | Ï | Set/Reset Deadlines: FTC Response/Reply due by 5/22/2020. (mac) (Entered: 05/19/2020) |
| 05/22/2020 | Ï 9 | NOTICE of Appearance by Jaclyn Marie Metzinger on behalf of GEORGETOWN ECONOMIC SERVICES, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Metzinger, Jaclyn) (Entered: 05/22/2020) |
| 05/22/2020 | Ï 10 | NOTICE of Appearance by Geoffrey White Castello, III on behalf of GEORGETOWN ECONOMIC SERVICES, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Castello, Geoffrey) (Entered: 05/22/2020) |
| 05/22/2020 | Ï 11 | NOTICE of Appearance by Glenn Timothy Graham on behalf of GEORGETOWN ECONOMIC SERVICES, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC,, QUINCY BIOSCIENCE, LLC (Graham, Glenn) (Entered: 05/22/2020) |
| 05/22/2020 | Ï 12 | REPLY re 1 Motion to Compel filed by FEDERAL TRADE COMMISSION. (Attachments: # 1 Declaration of Michelle Rusk, # 2 Exhibit A)(Glennon, Edward) (Entered: 05/22/2020) |
| 08/13/2020 | Ï 13 | MEMORANDUM OPINION AND ORDER TRANSFERRING 1 MOTION to Compel Production of Documents. The Clerk's Office is directed to TRANSFER this action to the United States District Court for the Southern District of New York. Signed by Judge Emmet G. Sullivan on 8/13/2020. (lcegs2) (Entered: 08/13/2020) |
| 08/13/2020 | Ï | Set/Reset Deadlines: Transfer due by 8/23/2020. (mac) (Entered: 08/13/2020) |